# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

156499(24)

JUDY KISH and JOYCE BANNON,
Individually and as Representatives
of a class of similarly-situated persons
and entities,
              Plaintiffs-Appellees,

v

CITY OF OAK PARK,
              Defendant-Appellant.
_____/

SC: 156409
COA: 336880
Oakland CC: 2015-149751-CZ

        On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply will be accepted for filing if submitted on or before November 28, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2017



Clerk